| | |
|---|---|
| 1  SARAH A. GOOD (No. 148742)<br>    ROBERT T. CRUZEN (No. 203658)<br>2  DERRICK H. ROBINSON (No. 226291)<br>    HOWARD RICE NEMEROVSKI CANADY<br>3      FALK & RABKIN<br>    A Professional Corporation<br>4  Three Embarcadero Center, 7th Floor<br>    San Francisco, California 94111-4024<br>5  Telephone: 415/434-1600<br>    Facsimile: 415/217-5910<br>6<br>    Attorneys for Plaintiff<br>7  RAYMOND SILVA LOPEZ | **RECEIVED**<br><br>**FILED** JAN 10 2006<br>RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA<br><br>JAN 20 2006<br><br>RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

8  BILL LOCKYER
   Attorney General of the State of California
9  ROBERT R. ANDERSON
   Chief Assistant Attorney General
10 FRANCES T. GRUNDER
   Senior Assistant Attorney General
11 JONATHAN L. WOLFF
   Supervising Deputy Attorney General
12 JAY C. RUSSELL, State Bar No. 122626
   Deputy Attorney General
13 455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
14 Telephone: (415) 703-5717
   Fax: (415) 703-5843
15
   Attorneys for Defendants
16 SF2005400121

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAYMOND SILVA LOPEZ,<br><br>    Plaintiff,<br><br>v.<br><br>JOE McGRATH, TERESA SCHARTZ, R.<br>KIRKLAND, DWIGHT W. WINSLOW,<br>ACEL K. THACKER, T.A. WOOD, T.T.<br>EDWARDS, D. KRENZ, CARDOZA, L. M.<br>WILLIAMS, M. DIXON, D.J. KAYS, JOHN<br>DOE ("A" facility sergeant on date of 4-20-<br>02), JOHN DOE ("A" facility sergeant on<br>date of 3-17-02),<br><br>    Defendants. | No. C 04 4782 MHP<br><br>Action Filed: November 10, 2004<br><br>STIPULATED [~~PROPOS~~ED] ORDER ON DISCOVERY |

STIP. [PROPOSED] ORDER ON DISCOVERY                                                     C 04 4782 MHP
-1-

Pursuant to Plaintiff's November 9, 2005 letter requesting that the Court assist in the resolution of discovery disputes, the parties participated in a telephonic discovery conference with the Court on December 2, 2005. The Court ordered the parties to confer further regarding the disputed discovery requests. Thereafter the parties resolved the discovery disputes, with the exception of three issues regarding which Defendants sought clarification from the Court by letter dated December 30, 2005. Resolution of those issues is set forth below.

IT IS HEREBY ORDERED that:

1. Defendants produce disciplinary records relating to deliberate indifference and personnel records of the Defendants and other Pelican Bay personnel identified in Plaintiff's discovery requests, excluding personal financial, medical and dependent information, and under an "Attorneys' Eyes Only" designation pursuant to protective order.

2. Defendants produce medical information of other inmates responsive to Plaintiff's discovery requests to the extent it relates to MRSA, and under an "Attorneys' Eyes Only" designation pursuant to protective order.

3. Defendants produce information relating to Plaintiff's Cell Movement History under an "Attorneys' Eyes Only" designation pursuant to protective order.

IT IS SO ORDERED.

DATED: 1/17/06

_____
Marilyn Hall Patel
United States District Judge

1  Approved as to form.

2

3  DATED: January __, 2006.    SARAH A. GOOD
                               ROBERT T. CRUZEN
                               DERRICK H. ROBINSON
4                              HOWARD RICE NEMEROVSKI CANADY
                                   FALK & RABKIN
5                              A Professional Corporation

6

7  By: _____
                               ROBERT T. CRUZEN

8  Attorneys for Plaintiff RAYMOND SILVA LOPEZ

9  DATED: January __, 2006.    BILL LOCKYER
                               Attorney General of the State of California
10                             JAY C. RUSSELL
                               Deputy Attorney General
11

12

13  By: _____
                               JAY RUSSELL
14

15  Attorneys for Defendants JOE MCGRATH et al.