1  SARAH A. GOOD (No. 148742)
   ROBERT T. CRUZEN (No. 203658)
2  DERRICK H. ROBINSON (No. 226291)
   HOWARD RICE NEMEROVSKI CANADY
3      FALK & RABKIN
   A Professional Corporation
4  Three Embarcadero Center, 7th Floor
   San Francisco, California 94111-4024
5  Telephone:  415/434-1600
   Facsimile:  415/217-5910
6
   Attorneys for Plaintiff
7  RAYMOND SILVA LOPEZ

8  BILL LOCKYER
   Attorney General of the State of California
9  ROBERT R. ANDERSON
   Chief Assistant Attorney General
10 FRANCES T. GRUNDER
   Senior Assistant Attorney General
11 JONATHAN L. WOLFF
   Supervising Deputy Attorney General
12 JAY C. RUSSELL, State Bar No. 122626
   Deputy Attorney General
13 455 Golden Gate Avenue, Suite 11000
   San Francisco, CA 94102-7004
14 Telephone: (415) 703-5717
   Fax: (415) 703-5843
15
   Attorneys for Defendants
16 SF2005400121

**RECEIVED**

JAN 1 0 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

JAN 2 4 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RAYMOND SILVA LOPEZ,<br><br>                    Plaintiff,<br><br>       v.<br><br>JOE McGRATH, TERESA SCHARTZ, R. KIRKLAND, DWIGHT W. WINSLOW, ACEL K. THACKER, T.A. WOOD, T.T. EDWARDS, D. KRENZ, CARDOZA, L. M. WILLIAMS, M. DIXON, D.J. KAYS, JOHN DOE ("A" facility sergeant on date of 4-20-02), JOHN DOE ("A" facility sergeant on date of 3-17-02),<br><br>                    Defendants. | No. C 04 4782 MHP<br><br>Action Filed: November 10, 2004<br><br>STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING CASE MANAGEMENT DEADLINES |

The parties, by and through their undersigned counsel, hereby stipulate to modify deadlines addressed in the Court's Minute Order dated May 23, 2005, and the Joint Case Management Conference Statement, which dates the Court adopted. Due to extensions of time to respond to discovery granted by Plaintiff at Defendants' request and protracted discovery disputes that have only recently been resolved with the Court's assistance, the parties have realized that the dates set by the Court's Minute Order and set forth in their Joint Case Management Statement will need to be postponed. The parties therefore stipulate to a new schedule that adjusts all deadlines accordingly. The deadlines to which the parties stipulate are set forth below:

5/10/06: Deadline to amend complaint to add parties (previously 12/17/05).

6/7/06: Expert witness disclosures (previously 1/13/06).

7/12/06: Fact discovery cut-off (previously 2/20/06).

8/9/06: Expert discovery cut-off (previously 3/20/06).

9/6/06: Last day to file and serve dispositive motions (previously 4/17/06).

10/20/06: Last day for all pretrial submissions to be filed (previously 6/2/2006).

11/6/06 2:00pm · ~~11/1/06, 2:30~~ p.m.: ~~Pretrial conference;~~ last day to hear dispositive motions (previously 6/14/06). *Pretrial and trial dates to be set with Clerk of Court.*

```
11/29/2006 at 2:30 p.m. - Pretrial Conference;

12/12/2006 at 8:30 a.m. - Jury Trial;

All pretrial submissions to be filed ten days prior to the Pretrial
Conference.
```

1 | 11/14/06, 8:30 a.m.: ~~Jury trial (previously 6/27/06)~~.

2

3 | DATED: January 6, 2006.         SARAH A. GOOD
                                    ROBERT T. CRUZEN
4                                   DERRICK H. ROBINSON
                                    HOWARD RICE NEMEROVSKI CANADY
5                                       FALK & RABKIN
                                    A Professional Corporation

6
                                    By: /s/ Robert T. Cruzen
7                                        ROBERT T. CRUZEN

8                                   Attorneys for Plaintiff RAYMOND SILVA LOPEZ

9 | DATED: January __, 2006.        BILL LOCKYER
                                    Attorney General of the State of California
10                                  JAY C. RUSSELL
                                    Deputy Attorney General
11

12

13                                  By: _____
                                         JAY RUSSELL
14
                                    Attorneys for Defendants JOE MCGRATH et al.
15

16 | Pursuant to stipulation, IT IS SO ORDERED. per modification

17 | DATED: 1/20/06

18                                  _____
                                    Marilyn Hall Patel
19                                  United States District Judge

20

STIP. & PROPOSED ORDER MODIFYING CASE MGMT DEADLINES    C 04 4782 MHP
-3-

```
 1  11/14/06, 8:30 a.m.: Jury trial (previously 6/27/06).
 2
 3  DATED: January __, 2006.          SARAH A. GOOD
                                      ROBERT T. CRUZEN
 4                                    DERRICK H. ROBINSON
                                      HOWARD RICE NEMEROVSKI CANADY
 5                                         FALK & RABKIN
                                      A Professional Corporation
 6
 7                                    By: _____
                                              ROBERT T. CRUZEN
 8
                                      Attorneys for Plaintiff RAYMOND SILVA LOPEZ
 9
10  DATED: January 6, 2006.           BILL LOCKYER
                                      Attorney General of the State of California
                                      ROBERT R. ANDERSON
11                                    Chief Assistant Attorney General
                                      FRANCES T. GRUNDER
12                                    Senior Assistant Attorney General
                                      JONATHAN L. WOLFF
13                                    Supervising Deputy Attorney General
                                      JAY C. RUSSELL
14                                    Deputy Attorney General
15
16
                                      By: _____
17                                              JAY RUSSELL
18                                    Attorneys for Defendants JOE MCGRATH et al.
19
    Pursuant to stipulation, IT IS SO ORDERED.
20
21  DATED: _____                 _____
                                      Marilyn Hall Patel
22                                    United States District Judge
23
24
25
26
27
28
```