1  SARAH A. GOOD (No. 148742)
   ROBERT T. CRUZEN (No. 203658)
2  DERRICK H. ROBINSON (No. 226291)
   HOWARD RICE NEMEROVSKI CANADY
3      FALK & RABKIN
   A Professional Corporation
4  Three Embarcadero Center, 7th Floor
   San Francisco, California 94111-4024
5  415-434-1600
   415-217-5910 (fax)
6  Email: rcruzen@howardrice.com

7  Attorneys for Plaintiff
   RAYMOND SILVA LOPEZ
8

9  NANCY E. HUDGINS (No. 85222)
   MATTHEW M. GRIGG (No. 195951)
10 Law Offices of Nancy E. Hudgins
   565 Commercial Street, 4th Floor
11 San Francisco, CA 94111
   415-979-0100
12 415-979-0747 (fax)
   Email: neh@hudginslaw.com
13
   Attorneys for Defendants
14 JOE MCGRATH et al.

15

16                UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18                  SAN FRANCISCO DIVISION

19 RAYMOND SILVA LOPEZ,                    No. C 04 4782 MHP

20        Plaintiff,                       Action Filed: November 10, 2004

21    v.                                   STIPULATION AND [PROPOSED]
                                           ORDER MODIFYING CASE
22 JOE McGRATH, TERESA SCHARTZ, R.         MANAGEMENT DEADLINES
   KIRKLAND, DWIGHT W. WINSLOW,
23 ACEL K. THACKER, T.A. WOOD, T.T.
   EDWARDS, D. KRENZ, CARDOZA, L. M.
24 WILLIAMS, M. DIXON, D.J. KAYS, JOHN
   DOE ("A" facility sergeant on date of 4-20-
25 02), JOHN DOE ("A" facility sergeant on
   date of 3-17-02),
26
          Defendants.
27

28
────────────────────────────────────────────────
        STIP. & PROPOSED ORDER MODIFYING CASE MGMT DEADLINES      C 04 4782 MHP
                              -1-

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation

The parties, by and through their undersigned counsel, hereby stipulate to modify deadlines addressed in the Stipulation and Order Modifying Case Management Deadlines, which the Court signed on January 20, 2006.

WHEREAS, on January 17, 2006, the Court ordered that Defendants produce disciplinary records related to deliberate indifference and the personnel records of Defendants and other Pelican Bay personnel;

WHEREAS, Defendants' prior counsel sought leave in February 2006 to file a motion to modify that order, which the Court declined to grant;

WHEREAS, Defendants' prior counsel represented that it would take an anticipated six to eight weeks to copy the estimated 6,000 pages of records that Defendants would be producing;

WHEREAS, on February 17, 2006, Plaintiff's counsel, fearing delayed production would "likely cause further modification of the schedule," requested that the Court impose an earlier deadline for the production of the records;

WHEREAS, Defendants' prior counsel submitted an alternative proposed order allowing Defendants until April 14, 2006 to produce the records;

WHEREAS, the Court did not grant either proposed order, and the records have not yet been produced to Plaintiff by Defendants;

WHEREAS, due to continuing delays in the progress of discovery resulting from Defendants' prior counsel's difficulty in obtaining and producing the records (which has caused the commencement of depositions to be postponed), the parties have realized that the dates set by the Stipulation and Order Modifying Case Management Deadlines will need to be modified.

The parties therefore stipulate to a new schedule that adjusts all deadlines accordingly. The deadlines to which the parties stipulate, and which they respectfully request that the Court adopt, are set forth below:

- 10/10/06:  Deadline to amend complaint to add parties (previously 5/10/06).
- 11/7/06:  Expert witness disclosures (previously 6/7/06).
- 12/12/06:  Fact discovery cut-off (previously 7/12/06).
- 1/9/07:  Expert discovery cut-off (previously 8/9/06).
- 2/6/07:  Last day to file and serve dispositive motions (previously 9/6/06).
- 4/9/07: 2:00 p.m.:  Last day to hear dispositive motions (previously 11/6/06).
- 6/7/07: 2:30 p.m.:  Pretrial conference (previously 11/29/06).
- 6/19/07:  Jury trial (previously 12/12/06, 8:30 a.m.).
- All pretrial submissions to be filed ten days prior to the Pretrial Conference.

DATED: May **19**, 2006.

SARAH A. GOOD
ROBERT T. CRUZEN
DERRICK H. ROBINSON
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____
            ROBERT T. CRUZEN

Attorneys for Plaintiff RAYMOND SILVA LOPEZ

DATED: May __, 2006.

NANCY E. HUDGINS
Law Offices of Nancy E. Hudgins

By: _____
            NANCY E. HUDGINS

Attorneys for Defendants JOE McGRATH *et al.*

Pursuant to stipulation, IT IS SO ORDERED.

DATED: 5/23/06

_____
Marilyn Hall Patel
United States District Judge

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
*A Professional Corporation*

STIP. & PROPOSED ORDER MODIFYING CASE MGMT DEADLINES     C 04 4782 MHP

-3-

- 10/10/06: Deadline to amend complaint to add parties (previously 5/10/06).

- 11/7/06: Expert witness disclosures (previously 6/7/06).

- 12/12/06: Fact discovery cut-off (previously 7/12/06).

- 1/9/07: Expert discovery cut-off (previously 8/9/06).

- 2/6/07: Last day to file and serve dispositive motions (previously 9/6/06).

- 4/9/07: 2:00 p.m.: Last day to hear dispositive motions (previously 11/6/06).

- 6/7/07: 2:30 p.m.: Pretrial conference (previously 11/29/06).

- 6/19/07: Jury trial (previously 12/12/06, 8:30 a.m.).

- All pretrial submissions to be filed ten days prior to the Pretrial Conference.

DATED: May ___, 2006.

SARAH A. GOOD
ROBERT T. CRUZEN
DERRICK H. ROBINSON
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____
          ROBERT T. CRUZEN

Attorneys for Plaintiff RAYMOND SILVA LOPEZ

DATED: May 19, 2006.

NANCY E. HUDGINS
Law Offices of Nancy E. Hudgins

By: _____
          NANCY E. HUDGINS

Attorneys for Defendants JOE McGRATH et al.

Pursuant to stipulation, IT IS SO ORDERED.

DATED: _____

_____
Marilyn Hall Patel
United States District Judge

W03 161480001/W10/1281819/v1

STIP. & PROPOSED ORDER MODIFYING CASE MGMT DEADLINES    C 04 4782 MHP

-3-

HOWARD
RICE
NEMEROVSKI
CANADY
FALK
& RABKIN
A Professional Corporation