JASON M. SKAGGS (No. 202190)
SHAUDY DANAYE-ELMI (No. 242083)
REBECCA M. KAHAN (No. 244423)
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation
Three Embarcadero Center, 7th Floor
San Francisco, California 94111-4024
Telephone:   415/434-1600
Facsimile:   415/217-5910

Attorneys for Plaintiff
RAYMOND SILVA LOPEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RAYMOND SILVA LOPEZ,<br><br>            Plaintiff,<br><br>     v.<br><br>JOE MCGRATH, et al.,<br><br>            Defendants. | No. C 04 4782 MHP<br><br>Action Filed: November 10, 2004<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE SETTLEMENT CONFERENCE |

## STIPULATION

The parties hereby stipulate to continue the Settlement Conference, currently set for May 15, 2007 at 9:00 a.m., to May 31, 2007. The parties are currently awaiting a ruling from Judge Marilyn Hall Patel on the Summary Judgment motion filed by Defendants, and want to ensure that the ruling and its effect on the case may be fully evaluated prior to engaging in meaningful settlement discussions. In addition, lead counsel for Plaintiff has a potential conflict with the May 15 date. For all of these reasons, the parties have agreed to request that the Court continue the Settlement Conference to May 31, 2007 at 9:00 a.m.

DATED: April 24, 2007.

Respectfully,

JASON M. SKAGGS
SHAUDY DANAYE-ELMI
REBECCA M. KAHAN
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____
            JASON M. SKAGGS

Attorneys for Plaintiff RAYMOND SILVA LOPEZ

DATED: April 24, 2007.

NANCY E. HUDGINS
MATTHEW M. GRIGG
LAW OFFICES OF NANCY E. HUDGINS

By: _____
            MATTHEW M. GRIGG

Attorneys for Defendants JOE McGRATH, et al.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 30, 2007.

_____
THE HON. BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE

## STIPULATION

The parties hereby stipulate to continue the Settlement Conference, currently set for May 15, 2007 at 9:00 a.m., to May 31, 2007. The parties are currently awaiting a ruling from Judge Marilyn Hall Patel on the Summary Judgment motion filed by Defendants, and want to ensure that the ruling and its effect on the case may be fully evaluated prior to engaging in meaningful settlement discussions. In addition, lead counsel for Plaintiff has a potential conflict with the May 15 date. For all of these reasons, the parties have agreed to request that the Court continue the Settlement Conference to May 31, 2007 at 9:00 a.m.

DATED: April 24, 2007.

Respectfully,

JASON M. SKAGGS
SHAUDY DANAYE-ELMI
REBECCA M. KAHAN
HOWARD RICE NEMEROVSKI CANADY
    FALK & RABKIN
A Professional Corporation

By: _____
        JASON M. SKAGGS

Attorneys for Plaintiff RAYMOND SILVA LOPEZ

DATED: April 24, 2007.

NANCY E. HUDGINS
MATTHEW M. GRIGG
LAW OFFICES OF NANCY E. HUDGINS

By: _____
        MATTHEW M. GRIGG

Attorneys for Defendants JOE McGRATH, et al.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April ___, 2007.

_____
THE HON. BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE JUDGE